FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____DELTA_____ DIVISION

CASE NO. 2:24-cv-00158-DPM-ERE

Jury Trial: ☑Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Tony Eugene Wardlow
ADC # 15072-045

Address: FCC Forrest City LOW, P.O. Box 9000, Forrest City, AR
72336

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Ervin

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Maharaj Alexandro Tomar

Position: Physician/Doctor

Place of employment: FCC Forrest City LOW

Address: Unknown

Name of defendant: _____

Position: _____

4

Place of employment: _____

Address: _____

Name of defendant: _____

Position:_____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.     Are you suing the defendants in:

☐     official capacity only
☐     personal capacity only
☑     both official and personal capacity

III.    Previous lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___     No ✓

B.     If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐     Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: __FCC Forrest City LOW, P.O. Box 9000__

Forrest City,AR 72336
_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____    in jail and still awaiting trial on pending criminal charges

__✓__    serving a sentence as a result of a judgment of conviction

_____    in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes __✓__    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am an inmate at FCC Forrest City LOW. Dr.Tomar is my primary physician at the prison's Health Services department. I was diagnosed with age related cataracts in August 2022. The BOP optometrist, in consultation with an ophthalmologist, submitted a request for cataract surgery. No surgery has occurred because Dr.Tomar is unnecessarily delaying treatment. My vision has gotten worse since my diagnosis. I cannot read or write. I have been unable to commune with my Lord and Savior Jesus Christ through reading the Bible, because I cannot see to read. My inability to read the Bible and seek my Lords words causes me great stress and mental anguish. I need help from someone else who can see to make sure I am taking the correct prescription medication because I cannot read the medicine bottles.                                   CONTINUED ON ATTACHED PAGFS......

7

VII. Statement of Claim, Continuation Pages.....

I am bumping into walls and almost getting into fights with other inmates because I am accidentally bumping into people due to my inability to see properly. I have fallen too many times because I cannot see the ground well enough to avoid obsticles. Dr.Tomar knows that I am a diabetic, and that as a diabetic, that cataracts can permanently damage my retina if left untreated.

Dr.Toamr knows I need surgery to fix my cataracts but will not give me the treatment I need. He knows I need cataracts surgery but has only prescribed me eye drops; eye drops will not fix my cataracts. I am suffering needlessly, with a miserable quality of life, and Dr.Tomar is deliberately indifferent to my serious medical needs. As an example, Dr.Tomar took away my prescription for Ozempic because, in his words, "It's too expensive" and that "I don't deserve it". I am 60+ years old, obese, and have chronic diabetes. I am a perfect candidate for Ozempic, but Dr.Tomar removed my prescription for budgetary concerns and based on whether I deserve it as a person. Dr.Tomar is leaving me blinded by cataracts because he will not provide cataracts surgery. Staff members that are aware of Dr.Tomar's indifference to my medical needs include Nurse Ward, Physicians Assistant Stiles, Physicians Assistant Cook, Nurse Halk, Doctor Obi, and Health Administrator Hansen.

## VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I request that this Court order the BOP to perform cataract surgery; that Dr.Tomar be removed as my primary physician; that I receive damages against Dr.Tomar for being deliberately indifferent to my medical needs by delaying my cataract surgery and for the mental anguish I have suffered for not being able to read my Bible in the amount of $355,000.00; and that my prescription for Ozempic be restored.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___5___ day of __August__ , 20_34_ .

Signature(s) of plaintiff(s)

8

**Administrative Remedy No. 1176840-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege you have received inadequate medical treatment for your eyes.  You contend you have been waiting for cataract surgery for over a year.  For relief, you request cataract surgery.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  As such, our succeeding review reveals no reason to reverse the decisions rendered or elaborate further with similar conclusions as those which have already been provided in the previous levels of this appeal.  You are currently awaiting scheduling for cataract surgery; however, the date and time will not be disclosed to you, due to security concerns.

Based on this information, without evidence to the contrary, we do not find, nor did you provide, any evidence corroborating your allegations of being denied appropriate medical care.  You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary.

Considering the foregoing, this response is provided for informational purposes only.


March 4, 2024
Date

Timothy Barnett, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **Wardlow, Tony**        **15072-045**        **H-A**        **FOR**
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A—REASON FOR APPEAL** I restate all previous filings and add the following:

I am being denied medically necessary Cataract surgery that has been recommended by Health Services for over a year ago. I have submitted sick calls to health services about my eyesight getting worse. There is no need to continue to schedule Ophthalmology consultations about my Cataracts; these consultations will only delay my medical treatment for a condition the BOP was well aware of over a year ago. Every day the BOP delays and fails to provide the medically necessary Cataracts surgery increases the liklihood of irreparable injury to my vision. I have a right to timely medical care by the BOP pursuant to 18 U.S.C. § 4042(a)(2). My right to this care has been and continues to be violated due to the BOP's failure to provide the recommended Cataracts surgery that I need. The BOP has had ample notice and time to provide care and is legally liable for damages that occur as a result of its failure to provide adequate medical care.

I request that the BOP provide the medically necessary Cataracts surgery to treat my Age Related Cataracts condition.

12/21/23
DATE

_Tony Wardlow_
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

Received Jan 02 2024
3B

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: **1176840-A1**

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL        BP-231(13)

**U.S. Department of Justice**                                           **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball–point pen.  If attachments are needed, submit four copies.  One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: __Wardlow, Tony_____    ___15072-045___    ___H-A___    ___FOR___
                LAST NAME, FIRST, MIDDLE INITIAL                    REG. NO.              UNIT          INSTITUTION

**Part A—REASON FOR APPEAL** The Warden's response is filled with multiple factual inaccuracies. I was not given the antibiotic drops and had to require the intervention of a unit team staff member to obtain them. I used the antibiotic eye drops exactly as prescribed. I have complained of vision loss consistently to medical staff before and after my Age Related Cataracts diagnosis in August of 2022. I have never refused medical treatment; no document exists in my medical records that shows I ever refused medical treatment or stopped an examenation. The optometrist in my October 10,2023 consultation told me he did not understand why I was there; that he had submitted a request for my Cataracts surgery over a year ago. It is more than a year later and that surgery has not ocurred. Is it National Standards to NOT treat Cataracts? Or is it because the BOP does not want to pay out of their budget for my sugery? It appears the BOP is making health care determinations for my medical condition based off of financial considerations. I have already contacted my two state Senators (Josh Hawley and Eric Schmitt) about the BOP failing to treat my Cataracts condition. The BOP routinely stalls on providing medical care like they are doing here. I am not magically going to wake up one day and suddenly no longer have Cataracts; its a condition that requires surgery.

I requiest that the BOP provide the medically necessary Cataracts surgery to treat my Age Related Cataracts condition.

__/0-26-23_____    _____
        DATE                                      SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

OCT 3 1 2023

BUREAU OF PRISON
LEGAL DEPARTMENT, SCR.

_____                    _____
        DATE                                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _1176840 R1_

**Part C—RECEIPT**

                                                                    CASE NUMBER: _____

Return to: _____    _____    _____    _____
                    LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

                                                                                                    BP–230(13)

**FEDERAL CORRECTIONAL COMPLEX, FORREST CITY, AR**
**PART B- RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY**
**1176840-F1**

This is in response to your Request for Administrative Remedy, received on September 26, 2023. In your request, you state your eyesight has gotten worse since your diagnosis of cataracts in August of 2022.

For relief, you request the Bureau of Prison provide you with Cataract surgery immediately.

According to your Bureau Electronic Medical Record (BEMR), you were seen by the optometrist August 15, 2022, the assessment stated for cataracts to be rechecked in the future for potential surgery in 1 year.  The optometrist ordered antibiotic eye drops for a bacterial conjunctivitis and submitted an order for artificial tears, which was denied by the region due to you never purchasing the recommended drops from the commissary. You received antibiotic drops on August 17, 2022.  You had an appointment with the optometrist on January 11, 2023, for a complaint of red eyes and reporting not receiving the eye drops in January. The optometrist retreated your bacterial conjunctivitis and scheduled you for a follow-up in two (2) months.  You were seen on March 13, 2023, the optometrist treated you for a 3rd time for bacterial conjunctivitis.  You did not pick up your prescribed eye drops till March 29, 2023. The optometrist stated it was most likely, you were not using your eye drops as prescribed.  Your eye exam on January 11, 2023, showed a slight decrease in your eye sight. However, you never complained of a decrease in your eye sight during any medical appointment or submit a sick call or cop out asking to be seen for this issue. Your last appointment with the optometrist was October 10, 2023, where you would not allow the doctor to complete an exam but did agree to discuss your need for cataract surgery.  The request for a consultation with an ophthalmologist has been submitted and sent for scheduling.

You are receiving medical care based on the national standards.

Based on the above, your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at Federal Bureau of Prisons, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie,

Texas, 75051. Your appeal must be received in the South Central
Regional Office within 20 days of this response.

_____    _____
C. Garrett, Complex Warden            Date   10/20/23

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Wardlow, Tony          15072-045          H-A          FOR

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

**Part A– INMATE REQUEST**

The BOP has known about my Cataracts diagnosis for over a year and has done nothing to treat it. Cataracts is a serious medical condition and at my age can lead to total blindness if left untreated. My eyesight has gotten worse, but instead of providing me with medically necessary Cataracts surgery the BOP prescribed me eyedrops. I will turn in a sickcall about the decline in my vision due to untreated Cataracts only to build a record of the BOP's failure to treat me. I am supposed to have an optometrist consultation in the next few months when I was diagnosed with Cataracts in August of 2022; last year?! The more the BOP drags their feet in treating my Cataracts the worse, and potentially permanent, my vision gets.

I request that the BOP provide me Cataracts surgery immediately.

9/21/23
DATE

*Tony Wardlow*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

SEP 26 2023

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

CASE NUMBER: 1176840-7H

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

_____
DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint.  This form shall be used to document your efforts towards informally resolving your grievance.

Inmate=s Name: Tony Wardlow                                Date: 8/25/2023

Register Number: 15072-045          Unit: H-A

Specific Complaint and Requested Relief:  Health Services has known for

months now that I need Cataracts Surgery. Has my Cataracts Surgery been scheduled

or is the BOP going to just let me go blind?

Efforts Made By Inmate to Informally Resolve Grievance (be specific):

I complained to medical months ago about my vision problems and they tried giving

me eye drops. How are eye drops going to fix my Cataracts?

Counselor=s Comments: Inmate was diagnosed with age related Cataracts in August 2022. Optometrist stated inmate may need surgery in the next year. You have a consultation to see the optometrist again in the next few months. You can ask about your evaluation for cataracts at that time, If you feel they are getting worse report to sick call for further evaluation and treatment.

BW        9/18/23                    for SW    9/18/23
Correctional Counselor=s Review Date        Unit Manger=s Review Date

DATE BP-9 was ISSUED_____

E-MAILED
9/7/27
BHants

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint.  This form shall be used to document your efforts towards informally resolving your grievance.

Inmate=s Name:  Tony Wardlow                                    Date:  8/25/2023

Register Number:  15072-045          Unit:  H-A

Specific Complaint and Requested Relief:  Health Services has known for months now that I need Cataracts Surgery. Has my Cataracts Surgery been scheduled or is the BOP going to just let me go blind?

Efforts Made By Inmate to Informally Resolve Grievance (be specific):

I complained to medical months ago about my vision problems and they tried giving me eye drops. How are eye drops going to fix my Cataracts?

Counselor=s Comments: You have a consult in to follow-up with optometry on-site. Please watch callout. Otherwise, make sick call for this issue.

_B/M_   10/9/23                    _____   10/10/23
Correctional Counselor=s Review Date        Unit Manger=s Review Date

DATE BP-9 was ISSUED_____

E-MAILED
9/7/23

Senator Josh Hawley                                          9/19/2023
115 Russell Senate Office Building
Wahington,D.C.  20510


RE: Bureau of Prisons Failing To Treat Cataracts


Dear Senator Hawley:

My name is Tony Wardlow. I am currently incarcerated at FCC Forrest City LOW. I am writing to ask that you intervene on my behalf. The Bureau of Prisons has known since August of 2022 that I have Cataracts, yet has not provided the surgery I need. My vision is worsening by the day. I am 64 years old, and am afraid that if my Cataracts are not treated that it will lead to blindness.

Please tell the Bureau of Prisons to provide the Cararacts surgery that I need.


Thank you.


Sincerely,


Tony Wardlow
15072-045
FCC Forrest City LOW
P.O. Box 9000
Forrest City, AR 72336

Senator Eric Schmitt                                          9/19/2023
260 Russell Senate Office Building
Washington, D.C. 20510


RE: Bureau of Prisons Failing To Treat Cataracts


Dear Senator Schmitt:

My name is Tony Wardlow. I am currently incarcerated at FCC Forrest City LOW. I am writing to ask that you intervene on my behalf. The Bureau of Prisons has known since August of 2022 that I have Cataracts, yet has not provided the surgery I need. My vision is worsening by the day. I am 64 years old, and am afraid that if my Cataracts are not treated that it will lead to blindness.

Please tell the Bureau of Prisons to provide the Cataracts surgery that I need.


Thank you.


Sincerely,


Tony Wardlow
15072-045
FCC Forrest City LOW
P.O. Box 9000
Forrest City,AR 72336

Tony Wardlow
15072-045
FCC Forrest City Low
P.O. Box 9000
Forrest City, AR 72336



Retail

**U.S. POSTAGE PAID**
**FCM LG ENV**
**FORREST CITY, AR 72335**
**AUG 09, 2024**

72201    **$0.00**

**RDC 99**    R2305E125361-07

⟵ 15072-045 ⟷
Clerk Cf Court
600 W Capitol AVE
Little ROCK, AR 72201
United States

Legal Mail