IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TONY EUGENE WARDLOW
Reg. #15072-045                                                                                    PLAINTIFF

v.                              No. 2:24-cv-158-DPM-ERE

MAHARAJ ALEXANDRO TOMAR,
Physician/Doctor, FCC Forrest City Low                                          DEFENDANT

ORDER

Unopposed recommendation, *Doc. 14*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for partial summary judgment, *Doc. 9*, granted. Wardlow's Ozempic claim is dismissed without prejudice. His cataracts claim goes forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2025