IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TONY EUGENE WARDLOW
Reg. #15072-045                                                              PLAINTIFF

v.                              No. 2:24-cv-158-DPM

MAHARAJ ALEXANDRO TOMAR,
Physician/Doctor, FCC Forrest City Low                       DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 27*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 19*, granted. Wardlow's deliberate indifference cataracts claim will be dismissed with prejudice.

So Ordered.

*(signed)* W.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

10 September 2025