# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TONY EUGENE WARDLOW**
Reg. #15072-045                                                                    **PLAINTIFF**

v.                          No. 2:24-cv-158-DPM

**MAHARAJ ALEXANDRO TOMAR,**
**Physician/Doctor, FCC Forrest City Low**                      **DEFENDANT**

## JUDGMENT

Wardlow's deliberate indifference cataracts claim is dismissed with prejudice. His Ozempic claim is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 September 2025